UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:05 CV 1395 |
| VERSUS | : | JUDGE MINALDI |
| BURLINGTON RESOURCES OIL AND GAS COMPANY L.P., ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons set forth in the memorandum ruling of this date, it is

ORDERED that there is summary judgment in favor of Defendants dismissing Plaintiff's claims against them with prejudice at Plaintiff's cost.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 9th day of March, 2007.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE